# United States Court of Appeals for the Federal Circuit

---

January 7, 2025

**ERRATA**

---

Appeal Nos. 2023-1354, 2023-1384, 2023-1407

**HONEYWELL INTERNATIONAL INC., TELIT CINTERION DEUTSCHLAND GMBH, FDBA THALES DIS AIS DEUTSCHLAND GMBH, SIERRA WIRELESS, ULC, FKA SIERRA WIRELESS, INC.,**
*Appellants*

**v.**

**3G LICENSING, S.A.,**
*Appellee*

---

Decided:  January 2, 2025
Precedential Opinion

---

Please make the following change in the dissent:

Page 5, line 11, change "dissent's" to --majority's--.